

# Court of Appeals
## Sixth Appellate District of Texas

## J U D G M E N T

Allstate Insurance Company, Appellant

No. 06-15-00042-CV          v.

Margaret Jordan, Appellee

Appeal from the 170th District Court of McLennan County, Texas (Tr. Ct. No. 2014-243-4).  Opinion delivered by Justice Burgess, Chief Justice Morriss and Justice Moseley participating.

As stated in the Court's opinion of this date, we find there was partial error in the judgment of the court below.  Therefore, we modify the trial court's judgment by deleting the award of attorney fees.  As modified, the judgment of the trial court is affirmed.

We further order that the appellee, Margaret Jordan, pay all costs of this appeal.

RENDERED JULY 29, 2016
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk